U.S. District Court
Northern District Nevada

Plaintiff,
Steven Wise

Case #
3:26-CV-00682-MMD-CSD

__Filed __Received __Entered __Served On
Counsel/Parties of Record

OCT - 7 2026

Clerk US District Court
District of Nevada
By:______________ Deputy

Defendant(S),
Deputy Pulido et al

Motion Revoking Demand to a jury trial

Comes Now, Steven Wise, the plaintiff & enters this motion specifically to revoke my previous demand to a jury trial.

10-2-26

[signature]

Steven Wise #L1413
897 Ex Musser St
Carson City, NV 89701

RE
6 OCT 2026 PM 1 L

USA FOREVER

__Filed __Received __Entered __Served On
Counsel/Parties of Record

OCT - 7 2026

Clerk US District Court
District of Nevada
By: ____________ Deputy

U.S. District Court Clerk
400 S. Virginia St. Room #301
Reno, NV 89501

XRAYED US MARSHALS SERVICE

89501-213299